NUMBERS 13-01-219-CR and 13-01-220-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________

BENJAMIN MACHADO,                                                     Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
_________________________________________________________

On appeal from County Court at Law No. 1
of Cameron County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, BENJAMIN MACHADO, attempted to perfect an appeals from orders
entered by County Court at Law No. 1 of Cameron County, Texas, on October 4,
2000. The notices of appeal were due to be filed on November 3, 2000, but were
not filed until January 25, 2001. Said notices of appeal are untimely filed. 
         Tex. R. App. P. 26.3 provides that the court of appeals may grant an extension
of time for filing notice of appeal if such notice is filed within fifteen days of the last
day allowed and within the same period a motion is filed in the court of appeals
reasonably explaining the need for such extension. Appellant failed to file his notices
of appeal and motions requesting an extension of time within such period. 
         The Court, having considered the documents on file and appellant's failure to
timely perfect his appeals, is of the opinion that the appeals should be dismissed for
want of jurisdiction. The appeals are hereby DISMISSED FOR WANT OF
JURISDICTION.
 
                                                                        PER CURIAM
 
Do not publish.
Tex. R. App. P. 47.2(b).
Memorandum Opinion delivered and filed this
the 23rd day of September, 2004.